IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOEMI LEBRON-TORRES,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 18-1212 |

# <u>ORDER</u>

**AND NOW**, this 26th day of June 2020, upon consideration of Plaintiff's Motion for Attorneys' Fees (ECF No. 28), Defendant's Response (ECF No. 29) and Plaintiff's Reply (ECF No. 30), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.